IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: COVENANT MANAGEMENT )
GROUP, INC. )
) CASE NO. 04-14972-KL3-7
) CHAPTER 7
Debtor(s) ) JUDGE LUNDIN
)

## MOTION TO WITHDRAW UNCLAIMED FUNDS

J. Allen Hill moves this Court for an order directing the Clerk to remit to the applicant the sum of $5,056.15, which was deposited into the Treasury of the United States as unclaimed funds for Covenant Management Group, Inc.

Applicant certifies, under penalty of perjury, that:

1) Applicant has conducted a reasonable investigation.
2) The money on deposit with the Treasury of the United States is owed to the Claimant.
3) The funds sought have not been paid to the Claimant or to any agent on the Claimant's behalf.
4) Applicant is the Claimant; or Applicant has authority to collect the funds on behalf of the Claimant as evidenced by the attached Power of Attorney or other proof that Applicant is an authorized representative for the Claimant.
5) No other motion is pending for recovery of the same unclaimed funds.
6) Applicant has complied fully with the requirements of 28 U.S.C. #2042.

Dated: August 20, 2010

*J. Allen Hill* (signature)

Claimant
3603 SW 8th Court
Cape Coral, FL 33914-2100
239-565-1266 Cell
239-257-1151 Home

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: COVENANT MANAGEMENT
GROUP, INC.

CASE NO. 04-14972-KL3

CHAPTER 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the application of J. Allen Hill, seeking payment of $5,056.15 representing funds previously unclaimed by J. Allen Hill, a creditor in the above-entitled case, and it appearing from the application and supporting documentation that J. Allen Hill is entitled to the unclaimed funds.

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to J. Allen Hill, 3603 S.W. 8th Court, Cape Coral, FL 33914-2100, the sum of Five Thousand Fifty-Six Dollars and fifteen cents dollars ($5,056.15), of unclaimed funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Approved for Entry

Dated:_____

J. Allen Hill
3603 S.W. 8th Ct.
Cape Coral, FL 33914-2100
Phone: 239-257-1151 Home
       239-565-1266 Cell
travelbyallen@yahoo.com



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: COVENANT MANAGEMENT ) 
        GROUP, INC. ) CASE NO. 04-14972-KL3-7
                                  ) CHAPTER 7
        DEBTOR. ) JUDGE LUNDIN

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Michael Gigandet, Trustee of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. § 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such un-negotiated distribution checks were issued, the amount of such checks, and the last known address of the payees are:

| Name and Address | Claim | Amount |
|---|---|---|
| J. Allen Hill<br>5338 SW 16th Place<br>Cape Coral, FL 33914 | 9 | $5,056.15 |
| Taylor Henry<br>5325 Cherry Blossom Trail<br>Nashville, TN 37215 | 11 | $2,328.16 |
| Paul Wombwell<br>3706 Ackerman Ct.<br>Nashville, TN 37204 | 18 | $ 957.79 |
| Jimmie Wombwell<br>3706 Ackerman Court<br>Nashville, TN 37204 | 19 | $ 498.99 |
| David Jordan<br>129 Darthmouth Trail #3<br>Fort Collins, CO 80525 | 21U | $ 349.22 |

2. The Trustee's check for $9,190.31 payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Respectfully,

LAW OFFICE OF MICHAEL GIGANDET

/s/ Michael Gigandet

Michael Gigandet, #11498
208 Centre Street
Pleasant View, TN 37146
(615) 746-4949
FAX. 615-746-4950
mgigandet@mgigandetlaw.com