IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: COVENANT MANAGEMENT ) 
      GROUP, INC. ) CASE NO. 04-14972-KL3-7
) CHAPTER 7
DEBTOR. ) JUDGE LUNDIN

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Michael Gigandet, Trustee of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. § 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such un-negotiated distribution checks were issued, the amount of such checks, and the last known address of the payees are:

| Name and Address | Claim | Amount |
|---|---|---|
| Marilyn Kay Godwin<br>3635 Hwy 47N<br>Charlotte, TN 37036 | #5 | $2,665.57 |

2. The Trustee's check for $2,665.57 payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

**/s/ Michael Gigandet**

Michael Gigandet, #11498
208 Centre Street
Pleasant View, TN 37146
(615) 746-4949;
FAX: 615-746-4950
mgigandet@mgigandetlaw.com

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**   111
60-249 / 433

| Case | Debtor |
|---|---|
| 04-14972-KL3-7 KL3-92000972582967 | COVENANT MANAGEMENT GROUP, INC. |

Payment of unclaimed funds, claim # 5

TID #620370
MICHAEL GIGANDET
Law Office of Michael Gigandet
208 Centre Street
Pleasant View TN 37146

Date   10/25/2010    $ *******2,665.57

~~~Two Thousand Six Hundred Sixty-Five Dollars and 57/100

Pay to the Order of: U.S. BANKRUPTCY COURT CLERK

701 BROADWAY, ROOM 170
NASHVILLE TN 37203

MICHAEL GIGANDET, Trustee

⑈000111⑈ ⑆043302493⑆ 92000972582967⑈