Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 10/26/10



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: :
                        :
Covenant Mgt. Group, Inc. : Case No. 04-14972
5217 Maryland Way, Suite 404 : JUDGE KEITH M. LUNDIN
Brentwood, TN 37027 :
       Debtor(s). :

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check made payable to Taylor Henry, in the amount of $2,328.16 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. Section 347 and an unclaimed money report was entered to close the account and transfer the moneys in to the Registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion to Withdraw Unclaimed Funds having been filed pursuant to 18 U.S.C. Section 2042, said motion having been served on the Debtor, Debtor's Attorney, Chapter 13 Trustee, Creditor, U.S. Attorney, and U.S. Trustee for the Middle District of Tennessee and there being no objections filed, and it further appearing that Taylor Henry now claims the above money in the petition attached hereto.

**IT IS ORDERED** that the Clerk of the Bankruptcy Court pay the sum of $2,328.16 to:
     Taylor Henry; c/o Dilks & Knopik, LLC; P.O. Box 2728
     Issaquah Washington 98027-0125

/s/
UNITED STATES BANKRUPTCY JUDGE
WHEN APPROVED JUDGE'S SIGNATURE
WILL APPEAR AT THE TOP OF THE PAGE

APPROVED FOR ENTRY:

 /s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219
405 ½ B 31st Ave N
Nashville, Tennessee 37209
(615) 320-1717
DrakeCourt@att.net

## CERTIFICATE OF SERVICE

     I, Thomas J. Drake, Jr., Attorney, the undersigned, do declare that on October 23, 2010, I sent by cm/ecf a true and correct copy of the within document or sent by United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

| | |
|---|---|
| U.S. Attorney's Office<br>110 Ninth Avenue South, Suite A-961<br>Nashville, Tennessee 37203-3870 | Office of the United States Trustee<br>701 Broadway, Customs House, Suite 318<br>Nashville, Tennessee 37203 |
| Covenant Mgt. Group, Inc.<br>Debtor<br>5217 Maryland Way, Suite 404<br>Brentwood, TN 37027 | Steven L. Lefkovitz<br>Attorney for Debtor<br>618 Church St Ste 410<br>Nashville, TN 37219 |
| Michael Gigandet<br>Case Trustee<br>208 Centre St<br>Pleasant View, TN 37146 | Taylor Henry<br><br> 5325 Cherry Blossom Trail<br>Nashville TN 37215 |
| Taylor Henry<br><br>6014 Landmark PL<br>Brentwood , TN 37027 | |

 /s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.